GWILLIAM IVARY CHIOSSO CAVALLI & BREWER
ATTORNEYS AT LAW
A Professional Corporation
1999 Harrison St., Suite 1600, Oakland, CA 94612

Randall Strauss, Esq. (State Bar No. 168363)
GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
1999 Harrison St., Suite 1600
Oakland, CA 94612
Phone: (510) 832-5411
Fax: (510) 832-1918
Email: rstrauss@giccb.com

Attorneys for Plaintiff
CAMILLE WATTS

Jaime B. Laurent, Bar No. 261926
jlaurent@littler.com
Guillermo E. Ortiz, Bar No. 284900
gortiz@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, California 90067.
Telephone: 310.553.0308
Facsimile: 800.715.1330

Attorneys for Defendants
SKANSKA USA INC. and SKANSKA USA BUILDING INC.

UNITED STATES DISTRICT COOURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| CAMILLE WATTS,<br><br>Plaintiff,<br><br>vs.<br><br>SKANSKA USA INC.; SKANSKA USA BUILDING INC.; and DOES 1–30, inclusive,<br><br>Defendants. | Case No.: 3:25-cv-5177-TSH<br><br>[ASSIGNED FOR ALL PURPOSES TO THE HONORABLE THOMAS S. HIXSON]<br><br>**NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER**<br><br>Action Removed: June 18, 2025<br>Complaint Filed: April 9, 2025 |

GWILLIAM IVARY CHIOSSO CAVALLI & BREWER
ATTORNEYS AT LAW
A Professional Corporation
1999 Harrison St., Suite 1600, Oakland, CA 94612

**STIPULATION**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure, rule 41(a)(1)(A)(ii), Plaintiff Camille Watts ("Plaintiff") and Defendants Skanska USA Inc. and Skanska USA Building Inc. (collectively, "Defendants") hereby stipulate as follows:

1. On April 9, 2025, Plaintiff filed the above-captioned lawsuit (this "Action") in the Superior Court of California in and for the County of San Francisco.

2. On June 17, 2025, Defendants filed an answer to Plaintiff's Complaint.

3. On June 18, 2025, Defendants filed a Notice of Removal of Civil Action to Federal Court, removing the Action to the United States District Court, Northern District of California.

4. On or around August 11, 2026, Plaintiff and Defendants reached a settlement of all claims, conditionally effective August 19, 2026.

Based on the foregoing facts, Plaintiff and Defendants, by and through their attorneys, stipulate and agree as follows:

1. This Court should dismiss this Action in its entirety with prejudice, with each side to bear its own costs and fees.

2. All upcoming hearings and deadlines should be vacated.

///

///

///

///

///

///

///

///

///

///

3. The Action should be terminated.

DATE: September 10, 2026

GWILLIAM IVARY CHIOSSO CAVALLI & BREWER

s/ Randall E. Strauss

Randall E. Strauss
Attorneys for Plaintiff
CAMILLE WATTS

DATE: September 10, 2026

LITTLER MENDELSON, P.C.

s/ Guillermo E. Ortiz

Jaime B. Laurent
Guillermo E. Ortiz
Attorneys for Defendants
SKANSKA USA INC. AND
SKANSKA USA BUILDING INC.

**ORDER**

Pursuant to the Stipulation of the Parties, IT IS SO ORDERED. The Clerk is directed to close this case.

DATED: September 25, 2026



Hon. Thomas S. Hixson

GWILLIAM IVARY CHIOSSO CAVALLI & BREWER
ATTORNEYS AT LAW
A Professional Corporation
1999 Harrison St., Suite 1600, Oakland, CA 94612